| | |
|---|---|
| Babak Semnar, Esq.<br>Jared M. Hartman, Esq.<br>SEMNAR & HARTMAN LLP<br>400 South Melrose Drive, Suite 209<br>Vista, California 92081<br>(951) 293-4187/FAX (888) 819-8230<br>bob@sandiegoconsumerattorneys.com<br>jared@sandiegoconsumerattorneys.com<br><br>Attorneys for Plaintiff<br>MARY CAPPS | Heather L. Rosing, Bar No. 183986<br>KLINEDINST PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>(619) 239-8131/FAX (619) 238-8707<br>hrosing@klinedinstlaw.com<br><br>Lindsey N. Casillas, Bar No. 269688<br>KLINEDINST PC<br>801 "K" Street, Suite 2100<br>Sacramento, California 95814<br>(916) 444-7573/FAX (916) 444-7544<br>lcasillas@klinedinstlaw.com<br><br>Attorneys for Defendant<br>LAW OFFICES OF PETER W. SINGER<br><br>June Coleman, Esq.<br>KRONICK, MOSKOVITZ,<br>TIEDEMANN & GIRARD<br>400 Capitol Mall, 27th Floor<br>Sacramento, California 95814<br>(916) 321-4500/FAX (916) 321-4555<br>jcoleman@kmtg.com<br><br>Attorneys for Defendant<br>MCT GROUP, INC. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY CAPPS, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAW OFFICES OF PETER W. SINGER AND MCT GROUP, INC.,<br><br>　　　　Defendants. | Case No.   3:15-cv-2410 BAS NLS<br><br>**JOINT NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**<br><br>Courtroom:　　　4B<br>Judge:　　　　　Cynthia Bashant<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: October 26, 2015<br>Trial Date:　　　None set |

Plaintiff Mary Capps, individually and on behalf of other similarly situated ("Plaintiff"), and Defendants Law Offices of Peter W. Singer and MCT Group, Inc. ("Defendants") respectfully submit this Joint Notice of Proposed Settlement of the Class Action and inform the Court as follows:

1. Plaintiff Mary Capps, individually and on behalf of others similarly situated, has reached an agreement with Defendants to resolve the claims against these defendants on a class wide basis.

2. The parties are in the process of finalizing a settlement agreement and will be filing a Motion for Preliminary Approval of Class Settlement before October 26, 2016.

3. Accordingly, the parties request that all pending discovery deadlines be vacated, but class related motion deadlines remain on calendar.

SEMNAR & HARTMAN LLP

DATED: August 3, 2016        By:  /s/ Jared M. Hartman
                                  Jared M. Hartman
                                  Attorneys for Plaintiff
                                  MARY CAPPS

KLINEDINST PC

DATED: August 3, 2016        By:  /s/ Lindsey N. Casillas
                                  Lindsey N. Casillas
                                  Attorneys for Defendant
                                  LAW OFFICES OF PETER W. SINGER

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

DATED: August 3, 2016        By:  /s/ June Coleman
                                  June Coleman
                                  Attorneys for Defendant
                                  MCT GROUP, INC.

- 3 -

1  I certify that I have received authorization for the electronic signatures of all
2  parties on this document.

3                                          KLINEDINST PC

6  DATED: August 3, 2016          By: /s/ Lindsey N. Casillas
7                                          Lindsey N. Casillas
                                            Attorneys for Defendant
8                                          LAW OFFICES OF PETER W. SINGER