# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY CAPPS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICES OF PETER W. SINGER AND MCT GROUP, INC.<br><br>Defendants. | Case No.  3:15-cv-2410 BAS NLS<br><br>**ORDER RE: NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION; AND SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

The parties notified the Court that they agreed to resolve the claims on a class wide basis. (Dkt. No. 24.)  Good cause appearing, **IT IS ORDERED** that:

1. The class discovery deadline of September 26, 2016, delineated in the Court's May 5, 2016 Order (Dkt. No. 23), is **VACATED**; and
2. Plaintiff must file a Motion for Preliminary Approval of Class Settlement by **October 26, 2016**.

**IT IS SO ORDERED.**

Dated: August 4, 2016

_____
Hon. Nita L. Stormes
United States Magistrate Judge