

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Capps individually and on behalf of others similarly situated | Civil Action No.  15-cv-2410-BAS-NLS |
| **Plaintiff,** | |
| V. | |
| Law Offices of Peter W. Singer; MCT Group, Inc. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Plaintiff's motion for final approval of the parties' class action settlement (ECF No. 28). The Court also GRANTS Plaintiff's motion for attorneys' fees and costs (ECF No. 29). The Court awards Plaintiff $39,000 in attorneys' fees and costs. In addition, the Court GRANTS the parties' motion to seal (ECF No. 31). The Clerk of the Court shall enter judgment accordingly and close this case.

**Date:**      3/14/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Corsello
A. Corsello, Deputy